**No. 41639.**—Petition 5779–R of Sam Rothschild (New York).

Opinion by McCLELLAND, P. J. There was nothing in the record to indicate that the petitioner acted with intent to defraud the revenue or to conceal or misrepresent the facts. The petition was therefore granted.

**No. 41640.**—Protests 935204–G, etc., of General Concessions Corporation (Cleveland).

Opinion by SULLIVAN, J. In view of the fact that these imitation watches are not chiefly used for the amusement of children and are stipulated to be in chief value of metal they were held dutiable at 45 percent under paragraph 397 as claimed. Abstract 39565 cited.

**No. 41641.**—Protest 984640–G of Illfelder Importing Co., Inc. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (C. D. 74) the opera glasses in question were held dutiable at 35 percent under paragraph 228 (b) as claimed.

BEFORE THE SECOND DIVISION, JUNE 14, 1939

**No. 41642.**—Protest 933156–G of Greenberg & Josefsberg (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of thumb tacks similar to those the subject of Abstract 39029. The claim at nine-tenths of 1 cent per pound under paragraph 331 and T. D. 46051 was therefore sustained.